UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: PARAQUAT PRODUCTS LIABILITY
LITIGATION

This Document Relates to Plaintiff

James Robinson, 3:21-pq-01165-NJR

Case No.: 3:21-md-03004-NJR

MDL No. 3004

## NOTICE OF VOLUNTARY DISIMSSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff, James Robinson, hereby gives notice

that Plaintiff voluntarily dismisses Plaintiff's action against all Defendants, without prejudice.

Dated: August 10, 2023

Respectfully submitted,

By:/s/ Daniel R. Seidman
Daniel R. Seidman (IL # 6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
10805 Sunset Office Dr., Ste. 300
Sunset Hills, MO 63127
dseidman@seidmanlaw.net
(314) 238-1342
F: (224) 603-8345

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing was filed electronically with the

Clerk of the Court using the CM/ECF system on August 10, 2023, served electronically on all

counsel of record.

> By:/s/ Daniel R. Seidman
> Daniel R. Seidman (IL # 6308142)
> SEIDMAN MARGULIS & FAIRMAN, LLP
> 10805 Sunset Office Dr., Ste. 300
> Sunset Hills, MO 63127
> dseidman@seidmanlaw.net
> (314) 238-1342
> F: (224) 603-8345